THE STATE *ex rel.* ATTORNEY-GENERAL V. GILL, *Judge.*

Division One, February 20, 1897.

**Appellate Practice :** CERTIORARI: HABEAS CORPUS: COURT OF APPEALS.
On an application for *certiorari* to remove into the supreme court the
record of a proceeding on a writ of *habeas corpus,* pending before Judge
Gill, of the Kansas City court of appeals, it was *held* that, as the judge
had general jurisdiction of the subject-matter, and it did not appear
that any objection to his proceeding had been made before him, or
that any want of jurisdiction appeared in the record there, the writ
of *certiorari* would be denied.

*Application for Certiorari.*

WRIT DENIED.

MEMORANDUM.

PER CURIAM.—The attorney-general has applied
for a *certiorari* to remove into the supreme court the
record of a proceeding in *habeas corpus* pending before
Judge Gill, upon an application by Mr. Lowe. The
petition for the writ here shows that no hearing has yet
been had upon the writ of *habeas corpus.* No objection
appears to have been made to Judge Gill on the ground
of any alleged want of jurisdiction on his part to enter-
tain and pass upon that writ. He has general jurisdic-
tion of the subject-matter of the proceeding pending
before him. If his authority is limited, or wanting, be-
cause of facts beyond the record in the *habeas corpus*
case, it is (as a general rule) the duty of anyone so
claiming, to bring those facts into view there, before
presenting an application elsewhere based on those
facts. The present application does not satisfy us that
any want of jurisdiction appears as yet in the record or

proceedings in the case before Judge Gill. We therefore deny the request for a *certiorari*, without expressing any opinion on the question whether or not a contempt has been committed. All the judges of the first division concur; Judge MACFARLANE concurring in the result.